956

*Certiorari Denied.*

No. 71. FONG ET AL. *v.* SUPERIOR COURT OF WASHINGTON FOR KING COUNTY ET AL. Supreme Court of Washington. Certiorari denied. *John J. Kennett* for petitioners.

No. 178. UNITED STATES EX REL. SUTTON *v.* MULCAHY, UNITED STATES MARSHAL, ET AL. C. A. 2d Cir. Certiorari denied. *Burton B. Turkus* for petitioner. *George A. Ferris* for respondents.

No. 391. A. F. WAGNER IRON WORKS ET AL. *v.* WAR ASSETS ADMINISTRATION ET AL. C. A. 7th Cir. Certiorari denied. *Harold W. Norman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Alvin O. West* for respondents.

No. 509. KOHL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Tyrrell M. Ingersoll* and *Charles T. Akre* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for respondent.

No. 525. MOORE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Walter H. Liebman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for respondent.

No. 641. BECKER *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Thomas H. Willcox* and *Harry H. Kanter* for petitioner.